UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NELSON VELARDO,

      Petitioner,

v.                                      CASE NO. 6:05-cv-751-Orl-19DAB

FREDERICK J. LAUTEN, et al.,

      Respondents.

## ORDER

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. section 2254 (Doc. No. 1). Petitioner alleges one claim for relief in his habeas petition: that, because of a Double Jeopardy violation, the violation of probation proceedings pending against him in state court should be terminated. Respondents filed a response to the petition (Doc. No. 17) and an appendix (Doc. No. 18).

It appears from the record that, after the filing of the instant habeas petition, the state trial court (on September 27, 2005) revoked Petitioner's probation and imposed a sentence of one year and one day imprisonment, with credit for 201 days time-served, to be followed by two years of community control. It is not clear from the record whether Petitioner has appealed the September 27, 2005, order of revocation or whether those proceedings remain pending. In the event that the state court proceedings remain pending, the Court must determine whether it should retain jurisdiction over this case. *See Younger v. Harris*, 401 U.S. 37 (1971); *Horowitz v. Wainwright*, 709 F.2d 1403, 1404 (11th Cir. 1983).

Accordingly, it is hereby **ORDERED** as follows:

1. Within thirty (30) days from the date of this Order, the parties shall file a memorandum of law, which shall discuss whether the state court proceedings remain pending, and, if so, whether this Court should retain jurisdiction over this case.

2. Within thirty (30) days from the date of this Order, Respondents shall file copies of the plea transcript, the January 23, 2004, motion to correct illegal sentence, the September 27, 2005, judgment/sentence, and any other matters filed in the state courts after entry of the September 27, 2005, judgment/sentence.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 17th day of October, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 10/14
Counsel of Record