UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NELSON VELARDO,

    Petitioner,

v.                                               CASE NO. 6:05-cv-751-Orl-19DAB

FREDERICK J. LAUTEN, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

Petitioner's Application for Certificate of Appealability (Doc. No. 32, filed April 3, 2006) is **DENIED**. Petitioner has not made a substantial showing of the denial of any federal constitutional right. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __5th___ day of May, 2006.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/5
Counsel of Record
Nelson Velardo